UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X

JAMES McMillan,

            Plaintiff,

- against –

LISCO HOLDINGS, LLC, "JOHN DOE" AND/OR "JANE DOE."

            Defendant(s)

---------------------------------------------------X

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

CV 15 - 0380

GLEESON, J.

Upon the affidavit it of ___James E. McMillan___ sworn to the __01__ day of __01__ 20__15__, and upon the copy of complaint hereto annexed, it is ORDERES, that the above named defendant(s) show cause before a motion term of this Court, at room _____, United States Court House, Cadman Plaza East in Kings County and State of New York on _____, 20___, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 FRCP enjoining the defendant(s) during the pendency of this action from

_____

_____

_____; and it is further ORDERED, that sufficient reason having been shown, therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 DRCP the defendant(s) are temporarily retrained and enjoined from

_____

_____

and is further ORDERED, that security in the amount of $ _____ be posted by plaintiff and it is further ORDERED, that personal service of a copy of this order and annexed affidavit upon the defendant(s) or his counsel on or before _____ o'clock in the _____ noon, _____, 20 _____ shall be deemed good and sufficient service thereof.

DATED:_____
Brooklyn, New York

                                                  _____

                                                  United States District Judge

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

------------------------------------------------------X

JAMES McMillan,

        Plaintiff,

- against –

LISCO HOLDINGS, LLC, "JOHN DOE" AND/OR "JANE DOE."

        Defendant(s)

------------------------------------------------------X

AFFIDAVIT/AFFIRMATION

_____ CV _____ ( )

GLEESON, J.

STATE OF NEW YORK
COUNTY OF (KINGS) SS,:

    **JAMES McMILLAN**, (being duly sworn) deposes and says (or; makes the following affirmation under penalties of perjury):

    I **JAMES McMILLAN**, as plaintiff in the above-entitled action, respectfully move this court to order defendants to show cause why they should not be enjoined from/to
**ORDER; Stop the Notice of Eviction Order severed on me January 15, 2015**

    Unless this order is issued, I will suffer immediate and irreparable injury, loss and damages in that **I'm a Totally and Permanently Disable US Army Veteran who suffers from (PTSD) Post Traumatic Stress Disorder. I'm currently receiving treatment.** (What defendant have done in the past) **I was Locked me out of the building. and is now demanding $18,359.74 and threating me with eviction.**

    WHEREFORE, I respectfully request that the Court grant the within relief as well as such other and further relief that may by just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 01/23/15

Sworn to before me this \_\_23rd\_\_ day of \_\_Jan\_\_ 20\_15\_

_____
Notary Public

CATHERINE A. GCOLADE
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01GB6010385
My Commission Expires 9-3-2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

----------------------------------------------------X

JAMES McMillan,

          Plaintiff,

- against –

LISCO HOLDINGS, LLC, "JOHN DOE" AND/OR "JANE DOE."

          Defendant(s)

----------------------------------------------------X

AFFIDAVIT/AFFIRMATION

CV 15 - 0380

GLEESON, J.

STATE OF NEW YORK
COUNTY OF (KINGS) SS,:

    **JAMES McMILLAN**, (being duly sworn) deposes and says (or; makes the following affirmation under penalties of perjury):

    I **JAMES McMILLAN**, as plaintiff in the above-entitled action, respectfully move this court to order defendants to show cause why they should not be enjoined from/to
**ORDER; Stop the Notice of Eviction Order severed on me January 15, 2015**

    Unless this order is issued, I will suffer immediate and irreparable injury, loss and damages in that **I'm a Totally and Permanently Disable US Army Veteran who suffers from (PTSD) Post Traumatic Stress Disorder. I'm currently receiving treatment.** (What defendant have done in the past) **I was Locked me out of the building. and is now demanding $18,359.74 and threating me with eviction.**

    WHEREFORE, I respectfully request that the Court grant the within relief as well as such other and further relief that may by just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 01/23/15

Sworn to before me this _23rd_ day of _Jan_ 20_15_

_Catherine A. Geolade_
Notary Public

CATHERINE A. GEOLADE
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01GB6010385
My Commission Expires 9-3-2018