```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JAMES McMILLAN,                                              JUDGMENT
                                                             15-CV- 0380 (JG)
                    Plaintiff,

    -against-

LISCO HOLDINGS, LLC, "JOHN DOE"
and/or "JANE DOE,"

                    Defendants.
--------------------------------------------------------X
```

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on January 29, 2015, dismissing Plaintiff complaint, filed *in forma pauperis*, for lack of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that Plaintiff's complaint, filed *in forma pauperis*, is dismissed for lack of subject-matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York          Douglas C. Palmer
       January 30, 2015            Clerk of Court

                                   by:   */s/ Janet Hamilton*
                                         Deputy Clerk